**Order entered September 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00295-CV

### IN THE INTEREST OF E.B., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-03980 U**

## ORDER

We **GRANT** appellee's September 7, 2014 second motion for extension of time to file responsive brief and **ORDER** the brief be filed no later than September 12, 2014. No further extensions will be granted absent exigent circumstances.

/s/     ELIZABETH LANG-MIERS
           JUSTICE